# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

PEDRO FLORES, SR.,

                Plaintiff,

        -vs-                          Case No.   13-CV-1133

KENOSHA COUNTY, MR. HANSCHE,
MR. KEISHER, MR. PARKER,
REBECCA SWENSON, CAPTAIN HALLISY,
and LT. RAWSON,

                Defendants.

---

## DECISION AND ORDER

---

        A review of this file discloses that defendant Rebecca Swenson filed a motion for summary judgment on November 25, 2014. Court records indicate that copies of the motion and supporting brief were mailed to the plaintiff on November 25, 2014. Under the applicable procedural rules, the plaintiff's response to that motion should have been filed on or before December 26, 2014.

        In addition, defendants Kenosha County, Randy Hansche, James Kaiser, James Parker, Robert Hallisy, and Lieutenant Rawson filed a motion for summary judgment on November 26, 2014. Court records indicate that copies of the motion and supporting brief were mailed to the plaintiff on November 26, 2014. Under the applicable procedural rules, the plaintiff's response to that motion should have been filed on or before December 26,

2014.

Briefing schedules are set forth in Civil Local Rules 7 and 56 (E.D. Wis.). Parties are expected to comply with the procedures and dates specified in the rule without involvement of the court.

Court records show that the plaintiff did not file any response to the defendants' motions. Therefore,

**IT IS ORDERED** that this action be dismissed with prejudice for lack of prosecution effective **February 6, 2015**, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy enclosed) and Federal Rule of Civil Procedure 41(b), unless prior to that date the plaintiff responds to the defendants' motions or establishes just cause for his failure to respond to said motion as required.

Dated at Milwaukee, Wisconsin, this 5th day of January, 2015.

**SO ORDERED,**

_____
**HON. RUDOLPH T. RANDA**
**U. S. District Judge**

## Civil Local Rule 41(c)
## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.